```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 05799
    WAYNE J PLEASANT
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-6905

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/11/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 05/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED           982.34          .00             .00
CHASE MORTGAGE SERVICES    CURRENT MORTG          .00          .00             .00
CHASE MORTGAGE SERVICES    MORTGAGE ARRE     1574.82           .00             .00
CHASE HOME FINANCE LLC     CURRENT MORTG          .00          .00             .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE          .00          .00             .00
WILSHIRE MTG               CURRENT MORTG          .00          .00             .00
ILLINOIS DEPT OF REV       PRIORITY       NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED           .00             .00
AFFIRMATIVE INSURANCE SE   NOTICE ONLY    NOT FILED           .00             .00
AT&T                       UNSECURED      NOT FILED           .00             .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00             .00
DEPT OF WATER              UNSECURED      NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED           .00             .00
PEOPLES GAS & LIGHT        UNSECURED      NOT FILED           .00             .00
STATE FARM INSURANCE       UNSECURED      NOT FILED           .00             .00
STATE FARM INSURANCE       UNSECURED      NOT FILED           .00             .00
BRAD DODD                  NOTICE ONLY    NOT FILED           .00             .00
MS. SMITH                  NOTICE ONLY    NOT FILED           .00             .00
LINDA & DELGRECO DORTCH    NOTICE ONLY    NOT FILED           .00             .00
YOLANDA CAGE               NOTICE ONLY    NOT FILED           .00             .00
CHASE HOME FINANCE LLC     NOTICE ONLY    NOT FILED           .00             .00
WILSHIRE MTG               SECURED NOT I    44504.39          .00             .00
WILSHIRE CREDIT CORPORAT   NOTICE ONLY    NOT FILED           .00             .00
WILLIAM E JAMISON          DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                 .00
SECURED                                                  .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05799 WAYNE J PLEASANT
```

```
UNSECURED                                                                  .00
ADMINISTRATIVE                                                             .00
TRUSTEE COMPENSATION                                                       .00
DEBTOR REFUND                                                              .00
                                   ---------------        ---------------
TOTALS                                        .00                     .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
   Dated: 08/20/08              _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE